*Ex parte* S. M. DODSON *et al.*

No. A-214.  Opinion Filed November 22, 1909.

(105 Pac. 182.)

Original application by S. M. Dodson and Newt Scudder for a writ of *habeas corpus*. Writ denied, and petitioners remanded to custody.

This is an application to this court for writs of *habeas corpus* to relieve the petitioners, S. M. Dodson and Newt Scudder, from the custody of Hiram Stephens, sheriff of Rogers county. The amended petition sets out with particularity the proceedings in the district court of Rogers county, and has annexed to it as an exhibit pleadings and proceedings in an action commenced on the relation of William H. Hall, as county attorney, of Rogers county, before the district court of said county in the name of the state of Oklahoma, wherein S. M. Dodson and Newt Scudder are defendants.

The petition in said action alleges, in substance, that a liquor nuisance was being maintained by said defendants in a two-story brick building, the first floor of which is used and occupied by said defendants, engaged in business under the firm, name and style of the "Chelsea Drug Company." Among other things, the following relief is therein prayed for:

"Third. * * * That in the meantime the said defendants may be enjoined, until the further order of the court, from keeping open, or permitting to be open, the said building located on said lot 19 in block 40 in the town of Chelsea, in Rogers county, Okla., and from selling, bartering, or giving away, and from keeping for sale, barter, or gift, or use in or about said premises, any beer, ale wine, or other intoxicating liquors, and from permitting such liquors to be sold, bartered, or given away, or to be kept for sale, barter, or use, in or about said premises."

Pursuant to said prayer, and on the application made by the said county attorney to the Hon. T. L. Brown, judge of the said

district court, at chambers, an order was made and entered in said cause on the 15th day of May, 1909, whereby the following order was made on the 15th day of May, 1909:

"It is therefore ordered, adjudged, and decreed by the court that said defendants, and each of them, their servants or agents, be and they are hereby restrained and enjoined from keeping or permitting to be open the first floor of the building located on lot 19, block 40, in the town of Chelsea, Rogers county, state of Oklahoma, and from selling, bartering, or giving away, and from keeping for sale, barter, gift, or delivering in and about said premises any beer, wine, ale, spirituous, vinous, fermented, and other intoxicating liquors, and from permitting such liquors to be sold, bartered or given away, or kept for sale, barter, gift, or delivery in and about said premises, and that the sheriff shut up said building and abate said nuisance until further judgment in this suit, or until further order of the court."

The defendants entered a general appearance in said cause by filing therein their motion to dissolve the order of injunction heretofore granted, and thereupon the judge of said court at chambers made an order modifying the former order, the material portion of which does not differ from that part of the order heretofore quoted.

On the 7th day of June, 1909, the county attorney filed in said cause an information, to which said information was attached the affidavit of one M. V. McClain, charging that on or about the 22d day of May, 1909, the said defendants violated said temporary injunction, and thereupon a notice and citation was issued by the Hon. T. L. Brown, judge of the said district court, directed to said defendants, commanding them to appear at the courtroom of the district court on the 8th day of June, and make answer to said charges of violating said temporary injunction. Thereafter, on the 8th day of June, 1909, the said defendants filed in the office of the clerk of the district court their demurrer to the information, which demurrer was overruled, and exception allowed. Whereupon said defendants entered a plea of "not guilty," and the cause was called for trial on the issues raised for the contempt of court in violating the order of the court. A jury of 12 was called and sworn to try the cause, and upon the trial so had the jury re-

turned a verdict finding the defendants guilty of violating the order of the court as charged. Whereupon defendants filed motions for a new trial, which motions were overruled by the court, to which ruling the defendants excepted. Thereupon the court pronounced judgment and sentence, fining each of the defendants $50, and ordering them committed to the jail of Rogers county for a period of 10 days, and that commitment forthwith issue. Whereupon defendants prayed an appeal and asked the court to fix the amount of their bail bonds pending an appeal. Petitioners aver that said judge of the said district court refused to fix the amount of their bail bonds or supersedeas pending their appeal, and instructed the said sheriff to accept no bond; the court holding that this was a judgment from which no appeal would lie.

The respondent, Hiram Stephens, sheriff, makes return that he holds petitioners by virtue of commitments which read as follows:

"State of Oklahoma, Rogers County—ss.: In the District Court of Said County. The State of Oklahoma to the Sheriff of said County. Greeting: Whereas, on the 9th day of June, 1909, Newt Scudder was brought before me upon a charge of contempt of court; and, whereas, on the 9th day of June, 1909, after an impartial trial upon said charge, the said Newt Scudder was found guilty as charged, and, as punishment therefor it was ordered by me that he pay to the state of Oklahoma a fine of $50.00, that he be confined in the jail of the county of Rogers for a term of ten days: You are therefore commanded to receive the said Newt Scudder into your custody and to confine him in the jail of the county of Rogers for ten days. You will make due return of this writ with your doings indorsed thereon. Witness my hand and official seal, this 10th day of June, A. D. 1909. T. L. Brown, Judge of District Court. Officer's Return. Received this writ on the 10th day of June, 1909, and executed the same by committing to jail Newt Scudder. Fees: For committing to jail, $25ct. Hiram Stephens, Sheriff."

"State of Oklahoma, Rogers County—ss.: In the District Court of Said County. The State of Oklahoma to the Sheriff of said County, Greeting: Whereas on the 9th day of June, 1909, S. M. Dodson was brought before me upon a charge of contempt of court; and, whereas, on the 9th day of June, 1909, after an im-

partial trial upon said charge, the said S. M. Dodson was found guilty as charged, and, as punishment therefor it was ordered by me that he pay to the state of Oklahoma a fine of $50.00, that he be confined in the jail of the county of Rogers for a term of ten days: You are therefore commanded to receive the said S. M. Dodson into your custody and to confine him in the jail of the county of Rogers for ten days. You will make due return of this writ with your doings indorsed thereon. Witness my hand and official seal this 10th day of June, A. D. 1909. T. L. Brown, Judge of District Court. Officer's Return. Received this writ on the 10th, day of June, 1909, and executed the same by committing to jail S. M. Dodson. Fees: For committing to jail, $25 ct. Hiram Stephens, Sheriff."

*Kight, Ezzard & Holtzendorff,* for petitioner.

*William Hall,* Co. Atty., and *Fred S. Caldwell,* Counsel to the Governor, for respondent.

PER CURIAM. The facts and issues in this case are the same as in the case of *Ex parte Bert Fowler, ante,* p. 196, 105 Pac. 180, and present the same questions.

For the reasons given in the opinion in that case, the writ of *habeas corpus* is denied, and petitioners remanded to the custody of the sheriff of Rogers county.